146 So. 924

### Robert L. SAINT v. STATE.
### 8 Div. 702.

Court of Appeals of Alabama.
Feb. 28, 1933.

BRICKEN, Presiding Judge.
Affirmed.

139 So. 922

### Hoyt ST. JOHN v. STATE.
### 7 Div. 836.

Court of Appeals of Alabama.
Feb. 2, 1932.

See, also, 24 Ala. App. 477, 136 So. 862; 24 Ala. App. 450, 137 So. 42.

SAMFORD, J.
Affirmed.

145 So. 924

### Lurie E. ST. CLAIR v. STATE.
### 8 Div. 540.

Court of Appeals of Alabama.
Jan. 31, 1933.

RICE, J.
Appeal dismissed.

149 So. 926

### Vernita SALES v. STATE.
### 8 Div. 837.

Court of Appeals of Alabama.
Aug. 29, 1933.

PER CURIAM.
Appeal dismissed by appellant.

140 So. 926

### John, alias Sam, SANDERS v. STATE.
### 4 Div. 895.

Court of Appeals of Alabama.
April 5, 1932.

Guy W. Winn, of Clayton, for appellant.
Thos. E. Knight, Jr., Atty. Gen. for the State.

BRICKEN, P. J.

This appellant was convicted under count 2 of the indictment wherein he was charged with the offense of unlawfully possessing, etc., a still, to be used for the purpose of manufacturing or distilling prohibited liquors or beverages. He was duly sentenced to serve an indeterminate term of imprisonment in the penitentiary, and from the judgment of conviction he appealed. There is no bill of exceptions; therefore the appeal here is rested solely upon the record proper which is regular in all things and without error. The judgment of conviction in the circuit court will stand affirmed.

Affirmed.

146 So. 924

### Louis SANDERS v. STATE.
### 8 Div. 711.

Court of Appeals of Alabama.
Feb. 28, 1933.

BRICKEN, Presiding Judge.
Affirmed.